✔ JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KENNETH MARIANO,<br><br>    Petitioner,<br><br>  v.<br><br>B. PHILLIPS,<br><br>    Respondent. | Case No. CV 23-2926-CJC(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: October 26, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE